IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MATTHEW SCOTT SIMPSON,<br><br>  Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE<br><br><br><br>Case No. 2:08-CR-733 TS |

This matter is before the Court for consideration of the Magistrate Judge's Report and Recommendation issued July 6, 2009.[1] The Report and Recommendation set forth the applicable 10-day period in which a party may file specific, written objections, according to statute.[2] No objection has been filed.

The Magistrate recommended that Defendant's Motion to Suppress be denied. Having considered the Report and Recommendation, it is hereby

ORDERED that the Magistrate Judge's Report and Recommendation, issued July 6, 2009, is ADOPTED IN ITS ENTIRETY. Defendant's Motion to Suppress (Docket No. 25) is DENIED.

---

[1] Docket No. 42.

[2] *See* 28 U.S.C. § 636(b).

1

DATED   July 27, 2009.

        BY THE COURT:

        _____
        TED STEWART
        United States District Judge